1  Michael G. Marderosian, No. 077296
   Heather S. Cohen, No. 263093
2  MARDEROSIAN, RUNYON, CERCONE & COHEN
   1260 Fulton Mall
3  Fresno, CA 93721
   Telephone:  (559) 441-7991
4  Facsimile: (559) 441-8170

5  Virginia Gennaro, No. 138877
   City Attorney
6  CITY OF BAKERSFIELD
   1501 Truxtun Avenue
7  Bakersfield, CA  93301
   Telephone:  (661) 326-3721
8  Facsimile:  (661) 852-2020

9  Attorneys for:  Defendants CITY OF BAKERSFIELD, CHRISTOPHER MESSICK and DEAN
               BARTHELMES

10

11              UNITED STATES DISTRICT COURT

12            EASTERN DISTRICT / FRESNO DIVISION

13

14  MIGUEL A. GONZALEZ-CHAVEZ,        )    Case No.  1:12-CV-02053-JLT
                                      )
15            Plaintiff,              )    **CONFIDENTIALITY STIPULATION**
                                      )    **AND ORDER THEREON**
16      v.                            )
                                      )
17  CITY OF BAKERSFIELD, CHRISTOPHER  )
   MESSICK, DEAN BARTHELMES, and      )
18  DOES 1 to 100, inclusive,         )
                                      )
19           Defendants.              )
   _____   )

20        IT IS HEREBY STIPULATED, by and between the undersigned parties through their

21  respective counsel of record, that the following provisions and conditions shall govern the parties:

22  1.    <u>Definitions:</u>

23        The following definitions shall govern the construction of this stipulation unless the context

24  otherwise requires.

25  ///

26  ///

27  ///

28

MARDEROSIAN,
RUNYON, CERCONE
& COHEN
1260 Fulton Mall
Fresno, CA 93721

(a)     <u>CONFIDENTIAL Information</u>.  "CONFIDENTIAL Information" means any and all Information regardless of format or medium, including personal, proprietary, and financial information, state and federal tax records, and other Information which a party has a right to protect from unrestricted disclosure. **In the context of the present case it also includes the information protected by California Penal Code Section 832.7 and California Evidence Code Sections 1043 to 1047**.

(b)     <u>Disclosing Party</u>: "Disclosing Party" means the party who discloses CONFIDENTIAL Information.

(c)     <u>Information</u>.  "Information" means discovery obtained through the use of interrogatories, requests for admission, requests for production of documents and things, depositions, subpoenas or other Information obtained during discovery.

(d)     <u>Notice</u>.  "Notice" means reasonable notice under the circumstances.  The manner and amount of Notice shall be governed by the particular circumstances.

(e)     <u>Person</u>.  "Person" means person as defined in California Evidence Code § 175.

(f)     <u>Trade secret</u>.  Trade secret" means trade secret as defined by California Civil Code § 3426.1(d)(1).

2.     **Scope and Intent.**

(a)     Until further order of the Court or stipulation of the parties, all Information designated as "CONFIDENTIAL" by the Disclosing Party, to the extent such Information discloses CONFIDENTIAL Information, shall be subject to this stipulation.  However, nothing in this stipulation shall prevent any party from seeking a modification of this stipulation or objecting to the designation of Information as CONFIDENTIAL Information which the party believes to be otherwise improper.

(b)     The purpose and intent of this stipulation is to protect CONFIDENTIAL Information.  Nothing in this stipulation shall be construed to change existing law or shift existing burdens.

///

///

MARDEROSIAN,
RUNYON, CERCONE
& COHEN
1260 Fulton Mall
Fresno, CA 93721

1        (c)    The parties recognize and acknowledge that some CONFIDENTIAL Information

2    which may be sought is so sensitive that a party may refuse to disclose the Information

3    even under the protection of this stipulation.  In such event, this stipulation shall not

4    be deemed consent or an admission that such Information is discoverable and a party

5    may resist disclosure until the matter has been heard by the Court.

6        (d)    This stipulation is the product of negotiations and, for purposes of construction and

7    interpretation, shall not be deemed to have been drafted by one party.

8        (e)    **This stipulation shall be submitted for the signature of the Magistrate Judge**

9    **assigned to this case in an ex parte manner without need of a formally noticed**

10   **motion**.

11   **3.**    **Designation of CONFIDENTIAL INFORMATION.**

12       Any Disclosing Party may designate Information, or any portion of such Information, as

13   CONFIDENTIAL Information by placing the word "CONFIDENTIAL" on the Information.  By

14   designating Information as CONFIDENTIAL, the Disclosing Party warrants that the designation is

15   made in good faith and on reasonable belief that the Information so designated is CONFIDENTIAL

16   Information as defined above.

17   **4.**    **Oral Deposition Testimony.**

18       A party may designate as CONFIDENTIAL Information, Information disclosed during oral

19   deposition by stating so on the record or in writing within 30 days from receipt of the transcript.

20   Where documents that have been designated as CONFIDENTIAL are entered into the record of a

21   deposition or where CONFIDENTIAL Information is disclosed during deposition, such portion of the

22   deposition containing CONFIDENTIAL Information shall be separately bound and marked

23   "CONFIDENTIAL – UNDER PROTECTIVE ORDER" in a conspicuous place and shall be subject

24   to the provisions of this stipulation.

25   **5.**    **Objection to Designation.**

26       A party may at any time object to the designation of Information as CONFIDENTIAL and

27   move the Court for an order declaring that such Information not be designated CONFIDENTIAL.  No

28   motion relating to the designation of Information as CONFIDENTIAL shall be filed without first

MARDEROSIAN,
RUNYON, CERCONE
& COHEN
1260 Fulton Mall
Fresno, CA 93721

3

1  completing the following steps.  First, the moving party SHALL confer with the opposing party in a

2  good faith effort to resolve the dispute.  Second, if the good faith effort is unsuccessful, the moving

3  party promptly shall seek a telephonic hearing with all involved parties and the Magistrate Judge.  It

4  shall be the obligation of the moving party to arrange and originate the conference call to the court.

5  Counsel must comply with Local Rule 251 or the motion will be denied with prejudice and dropped

6  from calendar.

7  **6.**      **Information Which Is Not Confidential.**

8          Notwithstanding the designation of Information as CONFIDENTIAL, such Information shall

9  not be CONFIDENTIAL Information, nor shall disclosure be limited in accordance with this

10  stipulation where such Information is:

11      (a)      At the time of disclosure, in the public domain by publication otherwise;

12      (b)      Subsequent to disclosure, through no act or failure to act on the part of the receiving

13              party, entered the public domain by publication or otherwise;

14      (c)      Provided to a party by a third party who obtained the Information by legal means and

15              without any obligation of confidence to the Disclosing Party; or

16      (d)      Developed by employees or agents of the receiving party independently of and without

17              reference to any Information communicated by the Disclosing Party.

18  **7.**      **CONFIDENTIAL Information Obtained from Third Parties.**

19          If CONFIDENTIAL Information is obtained from a third party, the third party may adopt the

20  benefits and burdens of this stipulation.  Likewise, any party may designate material or Information

21  obtained from a third party as CONFIDENTIAL.

22  **8.**      **Inadvertent Disclosure.**

23          A party does not waive its right to designate as CONFIDENTIAL Information which is

24  inadvertently disclosed without the appropriate designation.  However, the receiving party shall not

25  be liable for disclosing such Information prior to receiving notice of the CONFIDENTIAL status of

26  the Information.

27  ///

28  ///

MARDEROSIAN,
RUNYON, CERCONE
& COHEN
1260 Fulton Mall
Fresno, CA 93721

4

1   **9.      Documents Filed With The Court.**

2            If a party wishes to file documents with the Court which contain material designated

3   CONFIDENTIAL, that party SHALL comply with Local Rules 140 and 141.

4   **10.     Dissemination to Third Parties.**

5            (a)      CONFIDENTIAL Information shall be disclosed only to the parties to this stipulation,

6                     their experts, consultants, and counsel.   Before any person receives access to

7                     CONFIDENTIAL Information, each shall execute a copy of the form attached hereto

8                     as Exhibit A, reciting that he, she or it has read a copy of this stipulation and agrees to

9                     be bound by its terms.

10           (b)      If any person who has obtained CONFIDENTIAL Information under the terms of this

11                    stipulation receives a subpoena commanding the production of CONFIDENTIAL

12                    Information, such person shall promptly notify the Disclosing Party of the service of

13                    the subpoena.   The person receiving the subpoena shall not produce any

14                    CONFIDENTIAL Information in response to the subpoena without either the prior

15                    written consent of the Disclosing Party or order of the Court.

16  **11.     Use of CONFIDENTIAL Information During Trial.**

17           If, a party intends to introduce into evidence any CONFIDENTIAL Information at trial, that

18  party SHALL notify the Court in the joint pretrial conference statement of this intention and SHALL

19  seek an order related to the introduction of this evidence at trial.   The moving party SHALL comply

20  with the Court's pretrial order regarding whether this order will be sought in limine or otherwise.

21  **12.     Duty to Use Reasonable Care.**

22           All persons bound by this stipulation shall have the duty to use reasonable care and precaution

23  to prevent violations thereof.

24  **13.     Enforcement.**

25           (a)      Prior to bringing any motion or application before the Court for enforcement of this

26                    stipulation, the parties shall, comply with the procedures set forth in paragraph 5.

27  ///

28  ///

1    (b)  In the event anyone shall violate, attempt to violate or threaten to violate any of the

2       terms of this stipulation, after compliance with the procedures in paragraph 5, the

3       aggrieved party may apply to the Court to obtain compliance with this stipulation or

4       to obtain appropriate injunctive relief.  Each party agrees that, in response to an

5       application for injunctive relief, it will not assert the defense that the aggrieved party

6       possesses an adequate remedy at law.

7    (c)  The Court may make any order against a party to this stipulation it deems appropriate

8       to compel compliance in addition to any injunctive relief available to the parties.

9    (d)  If CONFIDENTIAL Information is disclosed to any person other than as allowed by

10      this stipulation, the person responsible for the disclosure must immediately bring all

11      pertinent facts relating to such disclosure to the attention of counsel for the aggrieved

12      party and without prejudice to the other rights and remedies of any party, make every

13      effort to prevent further disclosure.  Fines and/or sanctions for inadvertent or

14      intentional disclosure shall be decided by the Court after briefing and argument by all

15      parties concerned.

16 **14.**  **Return/Destruction of Documents.**

17    Within 60 days after final termination of this action, including all appeals, each party shall be

18 responsible for returning to the Disclosing Party all original and/or copies of all CONFIDENTIAL

19 Information produced during the course of this action and subject to this order, including all excerpts

20 thereof, except that counsel may retain all memoranda, and correspondence derived from such

21 CONFIDENTIAL Information and any such CONFIDENTIAL Information necessary for purposes

22 of maintaining a legal file but after the end of such years, all such retained CONFIDENTIAL

23 Information shall be returned to the Disclosing Party.

24 **15.**  **Modification And Amendments.**

25    Except as to those modifications made by the Court, this stipulation may be modified or

26 amended without leave of Court by unanimous written agreement of the parties hereto.

27 ///

28 ///

MARDEROSIAN,
RUNYON, CERCONE
& COHEN
1260 Fulton Mall
Fresno, CA 93721

1    **16.    <u>Duration of Stipulation</u>.**

2          Provided the court makes this stipulation an order of the Court, this stipulation shall survive

3    and remain in full force and effect after the termination of this lawsuit, whether by final judgment after

4    exhaustion of all appeals or by dismissal, and the Court shall retain jurisdiction over the parties and

5    their attorneys for the purpose of enforcing the terms of this stipulation.

6    Dated:  May 30, 2013                                RODRIGUEZ & ASSOCIATES

7

8                                                        By:____/s/ Martha J. Rossiter_____
                                                              Martha J. Rossiter
9                                                             Attorneys for Plaintiff

10
     Dated: May 30, 2013                                MARDEROSIAN, RUNYON,
11                                                      CERCONE & COHEN

12

13                                                      By:___/s/ Michael G. Marderosian_____
                                                             Michael G. Marderosian
14                                                           Attorney for Defendants above-named.

15

16

17   IT IS SO ORDERED.

18       Dated:   **June 2, 2013**            _____**/s/ Jennifer L. Thurston**_____
                                                     UNITED STATES MAGISTRATE JUDGE
19

20

21

22

23

24

25

26

27

28

MARDEROSIAN,
RUNYON, CERCONE
& COHEN
1260 Fulton Mall
Fresno, CA 93721

1

**EXHIBIT A**

2

3
I, the undersigned, _____ hereby acknowledge that I have read

4
the attached Confidentiality Stipulation and Order in the action entitled *Gonzalez-Chavez v. City of*

5
*Bakersfield, et al.,* United States District Court for the Eastern District Case No.: 1:12-CV-02053-

6
JLT, and I understand and agree to be bound by the terms thereof.

7
I further agree to submit to the jurisdiction of the Court for resolution of any dispute(s)

8
concerning information received under the Stipulation and Order.

9

10
Dated_____        Signature:_____

11

12
                                                                                          Retained

13
By: _____

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28