DANIEL RODRIGUEZ, ESQ., SBN 096625
JOEL T. ANDREESEN, ESQ., SBN 152254
MARTHA J. ROSSITER, ESQ., SBN 256234
RODRIGUEZ & ASSOCIATES
2020 EYE STREET, BAKERSFIELD, CA  93301
TELEPHONE:  (661) 323-1400   FAX: (661) 323-0132

Attorneys for Plaintiff MIGUEL A. GONZALEZ-CHAVEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL A. GONZALEZ-CHAVEZ,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF BAKERSFIELD, CHRISTOPHER MESSICK, DEAN BARTHELMES, and DOES 1 to 100, Inclusive,<br><br>Defendants. | **Case No. 1:12-CV-02053-JLT-GSA**<br><br>**STIPULATION AND [PROPOSED] ORDER DISMISSING PLAINTIFF'S *MONELL* CLAIM AND DISMISSING DEFENDANT CITY OF BAKERSFIELD, WITH PREJUDICE** |

///

///

///

///

**IT IS HEREBY STIPULATED**, by and between the undersigned parties through their respective counsel of record, that any claim made by plaintiff pursuant to *Monell v. Department of Social Services of the City of New York*, (1978) 436 U.S. 658, be dismissed and that defendant City of Bakersfield be dismissed with prejudice.

Dated: September 2, 2014                                RODRIGUEZ & ASSOCIATES

                                                        By: /s/ Martha Rossiter
                                                        _____
                                                        Martha Rossiter,
                                                        Attorneys for Plaintiff


Dated: September 2, 2014                                MARDEROSIAN, CERCONE
                                                        & COHEN


                                                        By: /s/ Michael G. Marderosian
                                                        _____
                                                        Michael G. Marderosian
                                                        Attorney for Defendants above-named.

IT IS SO ORDERED.

   Dated:   **September 3, 2014**              **/s/ Jennifer L. Thurston**
                                               UNITED STATES MAGISTRATE JUDGE