UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL A. GONZALEZ-CHAVEZ,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CITY OF BAKERSFIELD, et al.,<br><br>　　　　Defendants. | Case No. 1:12-CV-02053-JLT<br><br>**ORDER GRANTING DEFENDANT'S REQUEST TO FILE DEFENDANTS' MOTION IN LIMINE NO. 2 UNDER SEAL**<br><br>**(Doc. 42)** |

　　　　Good cause appearing, the Court **ORDERS**:

　　　　1.　　The Clerk of the Court is **DIRECTED** to file Defendants Motion in Limine No. 2 and Declaration of Michael G. Marderosian in Support Thereof shall be filed **UNDER SEAL**;

　　　　2.　　Opposition, and any attachments thereto, to the motion in limine **SHALL** be lodged via e-mail to JLTOrders@caed.uscourts.gov.  The Clerk of the Court is **DIRECTED** to file the opposition and any attachments thereto, **UNDER SEAL**.

IT IS SO ORDERED.

　　Dated:　**January 8, 2015**　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE