Michael G. Marderosian, No. 77296
Heather S. Cohen, No. 263093
MARDEROSIAN, CERCONE & COHEN
1260 Fulton Mall
Fresno, CA 93721
Telephone: (559) 441-7991
Facsimile: (559) 441-8170

Virginia Gennaro, No. 138877
City Attorney
CITY OF BAKERSFIELD
1501 Truxtun Avenue
Bakersfield, CA 93301
Telephone: (661) 326-3721
Facsimile: (661) 852-2020

Attorneys for:   Defendants CHRISTOPHER MESSICK and DEAN BARTHELMES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL A. GONZALEZ-CHAVEZ, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> CITY OF BAKERSFIELD, CHRISTOPHER ) <br> MESSICK, DEAN BARTHELMES, and DOES 1 ) <br> to 100, Inclusive, ) <br> ) <br> Defendants. ) <br> ) <br> ) | Case No. 1:12-CV-02053-JLT <br><br> **JOINT STIPULATION REGARDING EVIDENCE; ORDER THEREON** <br><br> **(Doc. 43)** |

      Pursuant to this Court's Pretrial Conference Order, the parties met and conferred on January 6, 2015, regarding anticipated motions in limine. Pursuant to that conference, it was agreed that:

      1.    There will be no reference to, evidence of, or argument pertaining to any loss of income and/or loss of future earning capacity as a result of the incident giving rise to this litigation;

      2.    Non-party witnesses, save and except for retained experts, are excluded from the Court Room until and unless excused as witnesses;

3.	There will be no reference to, evidence of, or argument pertaining to the District Attorney's decision to dismiss charges related to Obstruction/Resisting a Police Officer and Disorderly Conduct/Drunk;

4.	There will be no reference to, evidence of, or argument pertaining to insurance or indemnification for the claims against the defendants;

5.	There will be no reference to, evidence of, or argument pertaining to any settlement negotiations that have occurred;

6.	There will be no reference to, evidence of, or argument pertaining to the fact that the City of Bakersfield was a prior party.

In regard to the above referenced areas, the parties agree:

1.	Not to mention, refer to, or attempt to convey to the jury in any manner, either directly or indirectly, any of the facts mentioned in the above referenced area; and

2.	Warn and caution each witness to strictly follow said instructions.

Dated:  January 8, 2015                     RODRIGUEZ & ASSOCIATES

                                            /s/ Martha Rossiter
                                        By:_____
                                            Martha Rossiter,
                                            Attorneys for Plaintiff

Dated:  January 8, 2015                     MARDEROSIAN, CERCONE & COHEN

                                            /s/ Michael G. Marderosian
                                        By:_____
                                            Michael G. Marderosian,
                                            Attorneys for Defendants
                                            above-named.

**ORDER**

Pursuant to the stipulation of the parties, it is hereby ordered that at the time of trial:

1. There will be no reference to, evidence of, or argument pertaining to any loss of income and/or loss of future earning capacity as a result of the incident giving rise to this litigation;

2. Non-party witnesses, save and except for retained experts, are excluded from the Court Room until and unless excused as witnesses;

3. There will be no reference to, evidence of, or argument pertaining to the District Attorney's decision to dismiss charges related to Obstruction/Resisting a Police Officer and Disorderly Conduct/Drunk;

4. There will be no reference to, evidence of, or argument pertaining to insurance or indemnification for the claims against the defendants;

5. There will be no reference to, evidence of, or argument pertaining to any settlement negotiations that have occurred;

6. There will be no reference to, evidence of, or argument pertaining to the fact that the City of Bakersfield was a prior party.

In regard to the above referenced areas, the parties shall:

1. Not mention, refer to, or attempt to convey to the jury in any manner, either directly or indirectly, any of the facts mentioned in the above referenced area; and

2. Warn and caution each witness to strictly follow said instructions.

IT IS SO ORDERED.

Dated:   **January 8, 2015**          **/s/ Jennifer L. Thurston**
                                        UNITED STATES MAGISTRATE JUDGE