DANIEL RODRIGUEZ, ESQ., SBN 096625
JOEL T. ANDREESEN, ESQ., SBN 152254
MARTHA J. ROSSITER, ESQ., SBN 256234
RODRIGUEZ & ASSOCIATES
2020 EYE STREET, BAKERSFIELD, CA  93301
TELEPHONE:  (661) 323-1400   FAX: (661) 323-0132

Attorneys for Plaintiff MIGUEL A. GONZALEZ-CHAVEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL A. GONZALEZ-CHAVEZ,<br><br>             Plaintiff,<br><br>        vs.<br><br>CITY OF BAKERSFIELD, CHRISTOPHER MESSICK, DEAN BARTHELMES, and DOES 1 to 100, Inclusive,<br><br>             Defendants. | **Case No. 1:12-CV-02053-JLT-GSA**<br><br>**PRETRIAL STIPULATIONS AND ORDER**<br><br>**(Docs. 45, 48)** |

Pursuant to the Court's Order and after a good faith meet and confer between the parties, the following stipulations are offered and agreed upon:

1. There will be no comment or mention by Defense Counsel, or Defense witness Dr. Donald Huene regarding Huene's opinion that based on the behavior of the plaintiff at the Independent Medical Examination, Mr. Huene understood why the officers may have, and/or did used force on Plaintiff.


2. There will be no comment, reference to or evidence of any previous criminal convictions pertaining to Plaintiff.

3. That all witnesses will be informed of the stipulations and instructed to adhere to this agreement.

IT IS SO STIPULATED.

Respectfully submitted,

Dated: January 7, 2015                         RODRIGUEZ & ASSOCIATES

------

 Martha J. Rossiter
Attorney for Plaintiff

Dated: January 7, 2015                         CITY OF BAKERSFIELD

------

Michael Marderosian
Attorney for Defendants

IT IS SO ORDERED.

Dated:  **January 8, 2015**                         **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE