Michael G. Marderosian, No. 77296
Heather S. Cohen, No. 263093
MARDEROSIAN, CERCONE & COHEN
1260 Fulton Mall
Fresno, CA 93721
Telephone: (559) 441-7991
Facsimile: (559) 441-8170

Virginia Gennaro, No. 138877
City Attorney
CITY OF BAKERSFIELD
1501 Truxtun Avenue
Bakersfield, CA 93301
Telephone: (661) 326-3721
Facsimile: (661) 852-2020

Attorneys for:   Defendants CHRISTOPHER MESSICK and DEAN BARTHELMES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL A. GONZALEZ-CHAVEZ,<br><br>    Plaintiff,<br><br>  vs.<br><br>CITY OF BAKERSFIELD, CHRISTOPHER MESSICK, DEAN BARTHELMES, and DOES 1 to 100, Inclusive,<br><br>    Defendants. | Case No. 1:12-CV-02053-JLT<br><br>**STIPULATION TO CONTINUE HEARING ON PLAINTIFF'S MOTION FOR NEW TRIAL; [PROPOSED] ORDER THEREON**<br><br>(Doc. 90) |

IT IS HEREBY STIPULATED by and between plaintiff Miguel A. Gonzalez-Chavez and defendants Christopher Messick and Dean Barthelmes (collectively "defendants"), through their respective attorneys, as follows:

The parties stipulate and agree that the hearing on the Plaintiff's Motion for New Trial, currently scheduled for April 14, 2015, at 8:30 a.m. before The Honorable Jennifer L. Thurston be continued to April 27, 2015, at 8:30 a.m.

Dated:  April 8, 2015                MARDEROSIAN, CERCONE & COHEN

                                            */s/ Michael G. Marderosian*

                                   By:_____
                                       Michael G. Marderosian,
                                       Attorneys for Defendants

Dated:  April 8, 2015                RODRIGUEZ & ASSOCIATES

                                            */s/ Joel T. Andreesen*

                                   By:_____
                                         Joel T. Andreesen,
                                       Attorneys for Plaintiff

### ORDER

**IT IS SO ORDERED** that the hearing on the Plaintiff's Motion for New Trial, currently scheduled for April 14, 2015, at 8:30 a.m., is hereby continued to April 27, 2015, at 8:30 a.m.

IT IS SO ORDERED.

Dated:  **April 8, 2015**              **/s/ Jennifer L. Thurston**
                                                       UNITED STATES MAGISTRATE JUDGE