Michael G. Marderosian, No. 77296
Heather S. Cohen, No. 263093
MARDEROSIAN, CERCONE & COHEN
1260 Fulton Mall
Fresno, CA 93721
Telephone:  (559) 441-7991
Facsimile:  (559) 441-8170

Virginia Gennaro, No. 138877
City Attorney
CITY OF BAKERSFIELD
1501 Truxtun Avenue
Bakersfield, CA 93301
Telephone:  (661) 326-3721
Facsimile:  (661) 852-2020

Attorneys for:        Defendants CHRISTOPHER MESSICK and DEAN BARTHELMES


# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| MIGUEL A. GONZALEZ-CHAVEZ,<br><br>                    Plaintiff,<br><br>          vs.<br><br>CITY OF BAKERSFIELD,<br>CHRISTOPHER MESSICK, DEAN<br>BARTHELMES, and DOES 1 to 100,<br>Inclusive,<br><br>                    Defendants. | Case No. 1:12-CV-02053-JLT<br><br>**STIPULATION TO CONTINUE<br>HEARING ON PLAINTIFF'S<br>MOTION FOR NEW TRIAL;<br>[~~PROPOSED~~] ORDER THEREON**<br><br>(Doc. 92) |

1

IT IS HEREBY STIPULATED by and between plaintiff Miguel A. Gonzalez-Chavez and defendants Christopher Messick and Dean Barthelmes (collectively "defendants"), through their respective attorneys, as follows:

The parties stipulate and agree that the hearing on the Plaintiff's Motion for New Trial, originally scheduled for April 14, 2015, at 8:30 a.m. before The Honorable Jennifer L. Thurston and continued to April 27, 2015, at 8:30 a.m. [Dkt. No. 91] be further continued to May 1, 2015, at 8:30 a.m.

Dated:  April 8, 2015                    MARDEROSIAN, CERCONE & COHEN

                                                        /s/ Michael G. Marderosian

                                         By:_____
                                                 Michael G. Marderosian,
                                                 Attorneys for Defendants


Dated:  April 8, 2015                    RODRIGUEZ & ASSOCIATES

                                                        /s/ Joel T. Andreesen

                                         By:_____
                                                 Joel T. Andreesen,
                                                 Attorneys for Plaintiff


**ORDER**

**IT IS SO ORDERED** that the hearing on the Plaintiff's Motion for New Trial, currently scheduled for April 27, 2015, at 8:30 a.m., is hereby continued to May 1, 2015, at 8:30 a.m.


IT IS SO ORDERED.

Dated:   **April 8, 2015**            **_____/s/ Jennifer L. Thurston**
                                         UNITED STATES MAGISTRATE JUDGE