Michael G. Marderosian, No. 77296
Heather S. Cohen, No. 263093
MARDEROSIAN, CERCONE & COHEN
1260 Fulton Mall
Fresno, CA 93721
Telephone: (559) 441-7991
Facsimile: (559) 441-8170

Virginia Gennaro, No. 138877
City Attorney
CITY OF BAKERSFIELD
1501 Truxtun Avenue
Bakersfield, CA 93301
Telephone: (661) 326-3721
Facsimile: (661) 852-2020

Attorneys for: Defendant CHRISTOPHER MESSICK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL A. GONZALEZ-CHAVEZ,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>CITY OF BAKERSFIELD, CHRISTOPHER MESSICK, DEAN BARTHELMES, and DOES 1 to 100, Inclusive,<br><br>　　　　Defendants. | Case No. 1:12-CV-02053-JLT<br><br>**JOINT SATISFACTION OF JUDGMENT; STIPULATION OF DISMISSAL AND [~~PROPOSED~~] ORDER THEREON** |

**SATISFACTION**

Plaintiff MIGUEL GONZALEZ-CHAVEZ and Defendant CHRISTOPHER MESSICK, by and through their attorneys of record herein ("Parties"), jointly hereby acknowledge that the Judgment [Dkt. No. 84], including the total verdict amount [Dkt. No. 81], has been satisfied in full and all attorney's fees and costs have been paid in full.

**STIPULATION**

Pursuant to F.R.C.P. 41(a), and subject to the approval and order of the Court as provided below, the undersigned Parties hereby stipulate to the dismissal of this action with prejudice and request that the Court enter an Order dismissing this action with prejudice.

Dated:  June 27, 2016.                                         RODRIGUEZ & ASSOCIATES

                                                                              */s/ John Kawai*

                                                              By:_____
                                                                      John Kawai,
                                                                      Attorneys for Plaintiff

Dated:  June 27, 2016.                                         MARDEROSIAN & COHEN

                                                                              */s/ Michael G. Marderosian*

                                                              By:_____
                                                                      Michael G. Marderosian,
                                                                      Attorneys for Defendant above-named.

**ORDER**

The foregoing Stipulation of the parties is accepted and approved, and this action is hereby dismissed with prejudice.

IT IS SO ORDERED.

   Dated:   **June 27, 2016**                              **/s/ Jennifer L. Thurston**
                                                                      UNITED STATES MAGISTRATE JUDGE